# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DONALD D. LACEY,**

        **Plaintiff,**

       **v.**                        **Case No. 25-CV-200**

**FRANK BISIGNANO,**
**Commissioner Of Social Security,**

        **Defendant.**

---

# ORDER

---

This matter is before the Court on the parties' Stipulated Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), and the Court being duly advised, now grants the motion.

It is hereby ORDERED that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the claim will be sent to an administrative law judge for a new administrative hearing at which plaintiff will be afforded the opportunity to testify, submit additional evidence, and make arguments, after which the ALJ must consider all pertinent issues de novo and issue a new decision. In particular, the ALJ should explain how the agency considered the supportability and consistency factors for the medical source medical opinions, including the opinion from Christine Turcotte

APNP, PMHNP, as explicitly required in 20 C.F.R. § 416.920c, 20 C.F.R. §§ 404.1520c, and should give further consideration to the claimant's maximum residual functional capacity and provide a "narrative discussion describing how the evidence supports each conclusion, citing specific medical facts (e.g., laboratory findings) and nonmedical evidence (e.g., daily activities, observations)." SSR 96-8P, 1996 WL 374184, at *7.

Dated at Green Bay, Wisconsin this 15th day of August, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge