# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DONALD LACEY,**

           **Plaintiff,**

    v.                                  Case No. 2:25-CV-200

**FRANK BISIGNANO,**
**Commissioner of Social Security,**

           **Defendant.**

# ORDER

This matter coming before the court on the parties' Stipulated Motion to Award Fees (ECF No. 24) and the prior filed Plaintiff's Motion for Attorney Fees (ECF No. 21) under the Equal Access to Justice Act, 28 U.S.C. § 2412. The court being fully advised,

**IT IS HEREBY ORDERED** that Plaintiff is awarded $9,148.58 (nine thousand one hundred forty-eight dollars and fifty-eight cents) for attorney fees and expenses in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant can verify that plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made

payable to **Cody Marvin** pursuant to the EAJA assignment duly signed by plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

**Marvin & Associates, P.C.**
**630 Davis Street, Suite 300**
**Evanston, IL 60201**

Dated at Green Bay, Wisconsin this 20th day of November, 2025.

*s/Byron B. Conway*
BYRON B. CONWAY
United States District Judge